# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

May 30, 2008 

United States District Court
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

CV 08 -2866 (PR)

Re: Morgan vs. Curry, Case No. 08CV0661-JAH(NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MORGAN,<br><br>                Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden<br><br>                Respondent. | Civil No.   08-0661 JAH (NLS)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN OF CALIFORNIA** |

      Petitioner is a state prisoner proceeding with a habeas corpus action filed pursuant to 28 U.S.C. § 2254 attacking a determination of the Board of Prison Terms. Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice.

      A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). The application in the present matter attacks the denial of parole after a hearing which took place in 2005, and occurred in Soledad, California, which is within the jurisdictional boundaries of the United States District Court for the Northern District, Division. *See* 28 U.S.C. § 84(a). Moreover, Petitioner is presently confined at the

/ / /

/ / /

1  Correctional Training Facility, which is located in Monterey County and is within the
2  jurisdictional boundaries of the United States District Court for the Northern District of
3  California. *See* 28 U.S.C. § 84(a). Thus, jurisdiction exists in the Northern District; and not in
4  the Southern District.

5  Although this Court does not have jurisdiction over the action, "[u]nder a provision of the
6  Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of
7  jurisdiction the court shall transfer the action to any other such court in which the action could
8  have been brought 'if it is in the interest of justice.'" *Miller v. Hambrick*, 905 F.2d 259, 262 (9th
9  Cir. 1990) (citing *In re McCauley*, 814 F.2d 1350, 1351-52 (9th Cir. 1987)). The Ninth Circuit
10 has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will
11 be in the interest of justice because normally dismissal of an action that could be brought
12 elsewhere is "time-consuming and justice-defeating." *Miller*, 905 F.2d at 262 (quoting
13 *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 467 (1962). Therefore, pursuant to 28 U.S.C. § 1631,
14 this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.
15 § 2241(d).

16 When a habeas petitioner is challenging a parole determination, the district court of the
17 district in the hearing was held is a more convenient forum because of the accessibility of
18 evidence, records and witnesses. Thus, it is generally the practice of the district courts in
19 California to transfer habeas actions challenging a parole determinations to the district in which
20 the Petitioner the hearing was held. Any and all records, witnesses and evidence necessary for
21 the resolution of Petitioner's contentions are more readily available in Monterey County, which
22 is thus a more convenient forum. *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can,
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  of course, transfer habeas cases to the district of conviction which is ordinarily a more
2  convenient forum); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).
3      Therefore, in the furtherance of justice, **IT IS ORDERED** that the Clerk of this Court
4  transfer this matter to the United States District Court for the Northern District of California.
5  *See* 28 U.S.C. § 2241(d).  **IT IS FURTHER ORDERED** that the Clerk of this Court serve a
6  copy of this Order upon Petitioner and upon the California Attorney General.

8  DATED: May 30, 2008

10  JOHN A. HOUSTON
    United States District Judge



-3-                    08cv0661

CLOSED, HABEAS

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00661-JAH-NLS
## Internal Use Only

Morgan v. Curry
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Nita L. Stormes
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/11/2008
Date Terminated: 05/30/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Loren Morgan**                                represented by **Loren Morgan**
                                                C-94621
                                                Correctional Training Facility
                                                PO Box 705
                                                Soledad, CA 93960-0689
                                                PRO SE

V.

**Respondent**

**Ben Curry**                                   represented by **Attorney General**
*Warden*                                        State of California
                                                Office of the Attorney General
                                                110 West A Street
                                                Suite 1100
                                                San Diego, CA 92101-5266
                                                (619)645-2076
                                                Fax: (619)645-2313
                                                Email: docketingsdawt@doj.ca.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing Fee $0. Not paid, submitted without IFP motion), filed by Loren Morgan.(tel) (Entered: 04/12/2008) |

| 05/30/2008 | 2 | ORDER Transferring Action to United States District Court for the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. Signed by Judge John A. Houston on 05/30/08. (Attachments: # 1 transfer letter)(jpp) (Entered: 05/30/2008) |
|---|---|---|

I hereby attest and certify on  5-30-08
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy